DANIEL J. MEANEY, Appellant, v. EDWARD J. KEATING, Doing Business under the Name of KEATING CONSTRUCTION COMPANY, Respondent, et al., Defendants.— No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [200 Misc. 308.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAUL J. APFEL, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.